IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAM BRADFORD, SR., #40579                                                                PETITIONER

VS.                                                              CIVIL ACTION NO. 5:07-cv-190DCBMTP

RONALD KING                                                                                RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the respondent's Motion to Dismiss [7] is granted and that petitioner's Petition for Writ of Habeas Corpus [1] is dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   3RD   day of   March, 2008.

                                                      s/ David Bramlette
                                                  UNITED STATES DISTRICT JUDGE