IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAM BRADFORD, SR., #40579                                                    PETITIONER

VS.                                               CIVIL ACTION NO.  5:07cv190DCBMTP

RONALD KING                                                                  RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that the respondent's Motion to Dismiss [7] should be granted and that petitioner's Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the respondent's Motion to Dismiss [7] is granted and that petitioner's Petition for Writ of Habeas Corpus [1] be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the  3rd  day of  March, 2008.


        s/ David Bramlette
       UNITED STATES DISTRICT JUDGE